1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Nationstar Mortgage
7  LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE VON BOZZAY,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>          Defendant. | Case No. CV-15-3376<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1** |

Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

WHEREAS Plaintiff filed the complaint initiating the above-referenced action on July 22, 2015;

WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to the complaint is August 14, 2015;

WHEREAS Defendant requires additional time to respond to the complaint and the parties are exploring whether there may be the potential for an informal resolution;

WHEREAS counsel for the parties' have met and conferred and Plaintiff has granted Defendant a fourteen (14) day extension to answer or otherwise respond to the complaint;

1  WHEREAS the request will have no effect on the case schedule, as the no case scheduled
2  has been set and the Case Management Conference is not until October 30, 2015.
3  Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
4  Defendant shall have up to and including August 28, 2015 to respond to the complaint.

5  DATED:  August 13, 2015            MELLEN LAW FIRM

7                                      By:    */s/ Sarah Shapero*
8                                             Sarah Shapero

9                                      Attorneys for Plaintiff George Von Bozzay

11 I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this
12 **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
13 **PURSUANT TO N.D. L.R. 6-1**.  I hereby attest that counsel for Plaintiff, Sarah Shapero, has
14 concurred in this filing.
15 /s/ ____Megan  C. Kelly_____

18 DATED:  August 13, 2015            SEVERSON & WERSON
19                                    A Professional Corporation

21                                      By:    */s/ Megan C. Kelly*
22                                             Megan C. Kelly

23                                      Attorneys for Defendant Nationstar Mortgage LLC

25  Dated: 8/14/15

**IT IS SO ORDERED**
Judge Joseph C. Spero
United States District Court, Northern District of California