MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE VON BOZZAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>　　　　　Defendant. | Case No. CV-15-3376<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1** |

   Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

   WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22, 2015;

   WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

   WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to the complaint was originally August 14, 2015;

   WHEREAS, on or about August 14, 2015, the parties stipulated to extend Defendant's deadline to respond to the complaint to August 28, 2015;

   WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR Unit for an assessment telephone conference. That telephone conference is scheduled for September 11, 2015;

1  WHEREAS, the parties are exploring whether there may be the potential for an informal
2  resolution;
3  WHEREAS, in order to continue in these settlement negotiations, reduce the costs of
4  litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
5  conferred and agreed to a further thirty (30) day extension of the deadline for Defendant to
6  respond to the complaint;
7  WHEREAS the request will have no effect on the case schedule, as no trial schedule has
8  been set and the Case Management Conference is not until October 30, 2015.
9  Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
10 Defendant shall have up to and including September 28, 2015 to respond to the complaint.

DATED:  August 25, 2015           MELLEN LAW FIRM

                                  By:  ___/s/ Sarah Shapero___
                                           Sarah Shapero

                                  Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**.  I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.

/s/ Megan C. Kelly


DATED:  August 25, 2015           SEVERSON & WERSON
                                  A Professional Corporation


Dated: 8/27/15
[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

                                  ___/s/ Megan C. Kelly___
                                       Megan C. Kelly

                                  Attorneys for Defendant Nationstar Mortgage LLC