MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE VON BOZZAY,<br><br>            Plaintiff,<br><br>     vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>            Defendant. | Case No. CV-15-3376<br><br>**THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1** |

Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22, 2015;

WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to the complaint was originally August 14, 2015;

WHEREAS, on or about August 13, 2015, the parties stipulated to extend Defendant's deadline to respond to the complaint to August 28, 2015;

WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR Unit for an assessment telephone conference. That telephone conference was scheduled for September 11, 2015;

1  WHEREAS, on August 25, 2015, the parties stipulated to extend Defendant's deadline to
2  respond to the complaint to September 28, 2015;

3  WHEREAS, on September 11, 2015, the parties attended the ADR teleconference and in
4  light of the parties existing efforts to determine whether there may be the potential for an informal
5  resolution, a further teleconference was scheduled for October 29, 2015.

6  WHEREAS, the parties continue to explore whether there may be the potential for an
7  informal resolution;

8  WHEREAS, in order to continue in these settlement negotiations, reduce the costs of
9  litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
10 conferred and agreed to a further thirty (30) day extension of the deadline for Defendant to
11 respond to the complaint;

12 WHEREAS the request will have no effect on the case schedule, as no trial schedule has
13 been set and the Case Management Conference is not until October 30, 2015.

14 Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
15 Defendant shall have up to and including October 28, 2015 to respond to the complaint.

16 DATED: September 15, 2015                MELLEN LAW FIRM

                                    By:  */s/ Sarah Shapero*
                                              Sarah Shapero

                                    Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**. I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.

*/s/ Megan C. Kelly*

1  DATED:  September 15, 2015          SEVERSON & WERSON
                                       A Professional Corporation
2

3
                                       By:    */s/ Megan C. Kelly*
4                                                  Megan C. Kelly

5
                                       Attorneys for Defendant Nationstar Mortgage LLC
6

7

8  Dated: September 18, 2015           IT IS SO ORDERED.
                                       /s/ Joseph C. Spero, Chief Magistrate Judge.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28