1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Nationstar Mortgage
7  LLC

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10

11
   GEORGE VON BOZZAY,                    Case No. CV-15-3376
12
            Plaintiff,                   **FOURTH STIPULATION TO EXTEND
13                                       DEFENDANT'S TIME TO RESPOND TO
       vs.                               COMPLAINT PURSUANT TO N.D. L.R.
14                                       6-1**
   NATIONSTAR MORTGAGE, LLC, et al.,
15
            Defendant.
16

17        Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR

18 MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

19        WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22,

20 2015;

21        WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

22        WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to

23 the complaint was originally August 14, 2015;

24        WHEREAS, on or about August 14, 2015, the parties stipulated to extend Defendant's

25 deadline to respond to the complaint to August 28, 2015;

26        WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR

27 Unit for an assessment telephone conference on September 11, 2015;

28

1  WHEREAS, on September 11, 2015, the parties attended the ADR teleconference and in
2  light of the parties existing efforts to determine whether there may be the potential for an informal
3  resolution, a further teleconference was scheduled for October 29, 2015.

4  WHEREAS, the parties continue to explore whether there may be the potential for an
5  informal resolution;

6  WHEREAS, in order to continue in these informal resolution discussions, reduce the costs
7  of litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
8  conferred and agreed to a further thirty (30) day extension of the deadline for Defendant to
9  respond to the complaint;

10 WHEREAS, no trial schedule has been set.  There is a Case Management Conference
11 scheduled for November 6, 2015.  The parties will still submit their Case Management Conference
12 Statement on October 30, 2015 unless otherwise ordered by the Court.

13 Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
14 Defendant shall have up to and including November 27, 2015 to respond to the complaint.

15 DATED:  October 21, 2015            MELLEN LAW FIRM

By:   */s/ Sarah Shapero*
      Sarah Shapero

Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **FOURTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**.  I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.  /s/ *Megan C. Kelly*

1  DATED: October 21, 2015            SEVERSON & WERSON
                                      A Professional Corporation
2

3

4                                     By:    /s/ Megan C. Kelly
                                              Megan C. Kelly
5
                                      Attorneys for Defendant Nationstar Mortgage LLC
6

7

8  Dated: 10/27/15

*IT IS SO ORDERED*

Judge Joseph C. Spero

*United States District Court, Northern District of California (seal)*