MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE VON BOZZAY,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>    Defendant. | Case No. CV-15-3376<br><br>**FIFTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1** |

   Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

   WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22, 2015;

   WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

   WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to the complaint was originally August 14, 2015;

   WHEREAS, on or about August 14, 2015, the parties stipulated to extend Defendant's deadline to respond to the complaint to August 28, 2015;

   WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR Unit for an assessment telephone conference on September 11, 2015;

   WHEREAS, August 25, 2015, the parties stipulated to extend Defendant's deadline to

1  respond to the complaint to September 28, 2015.

2      WHEREAS, on September 11, 2015, the parties attended the ADR teleconference and in
3  light of the parties existing efforts to determine whether there may be the potential for an informal
4  resolution, a further teleconference was scheduled for October 29, 2015.  The parties appeared but
5  the ADR Program representative did not join.

6      WHEREAS, on or about September 15, 2015 the parties stipulated to extend Defendant's
7  deadline to respond to the complaint to October 28, 2015;

8      WHEREAS, on or about October 21, 2015, the parties stipulated to extend Defendant's
9  deadline to respond to the complaint to November 27, 2015;

10     WHEREAS, on November 6, 2015, the parties attended a case management conference at
11 which time the Court referred the parties to another ADR Program phone conference to occur
12 within sixty (60) days and set a further case management conference for February 12, 2016.

13     WHEREAS, an ADR Program phone conference has been scheduled for December 16,
14 2015.

15     WHEREAS, no trial schedule has been set.

16     WHEREAS, the parties continue to explore whether there may be the potential for an
17 informal resolution;

18     WHEREAS, in order to continue in these informal resolution discussions, reduce the costs
19 of litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
20 conferred and agreed to a further thirty (30) day extension of the deadline for Defendant to
21 respond to the complaint.  This is the parties' fifth such stipulation.

22     Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
23 Defendant shall have up to and including December 28, 2015 to respond to the complaint.

24
25
26
27
28

1  DATED: November 24, 2015           MELLEN LAW FIRM

                                      By:  _/s/ Sarah Shapero_
                                           Sarah Shapero

                                      Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **FOURTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**. I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.  _/s/ Megan C. Kelly_


DATED: November 24, 2015           SEVERSON & WERSON
                                   A Professional Corporation


                                   By:  _/s/ Megan C. Kelly_
                                        Megan C. Kelly

                                   Attorneys for Defendant Nationstar Mortgage LLC

Dated: 11/30/15

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA