1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Nationstar Mortgage
7  LLC

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10

11
   GEORGE VON BOZZAY,                    Case No. CV-15-3376
12
          Plaintiff,                     **SIXTH STIPULATION TO EXTEND
13                                       DEFENDANT'S TIME TO RESPOND TO
       vs.                               COMPLAINT PURSUANT TO N.D. L.R.
14                                       6-1**
   NATIONSTAR MORTGAGE, LLC, et al.,
15
          Defendant.
16

17       Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR

18 MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

19       WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22,

20 2015;

21       WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

22       WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to

23 the complaint was originally August 14, 2015;

24       WHEREAS, on or about August 14, 2015, the parties stipulated to extend Defendant's

25 deadline to respond to the complaint to August 28, 2015;

26       WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR

27 Unit for an assessment telephone conference on September 11, 2015;

28       WHEREAS, August 25, 2015, the parties stipulated to extend Defendant's deadline to

1 respond to the complaint to September 28, 2015.

2     WHEREAS, on September 11, 2015, the parties attended the ADR teleconference and in
3 light of the parties existing efforts to determine whether there may be the potential for an informal
4 resolution, a further teleconference was scheduled for October 29, 2015.

5     WHEREAS, on or about September 15, 2015 the parties stipulated to extend Defendant's
6 deadline to respond to the complaint to October 28, 2015;

7     WHEREAS, on October 29, 2015, the parties appeared for the further ADR teleconference,
8 however the ADR Program representative did not join.

9     WHEREAS, on or about October 21, 2015, the parties stipulated to extend Defendant's
10 deadline to respond to the complaint to November 27, 2015;

11     WHEREAS, on November 6, 2015, the parties attended a case management conference at
12 which time the Court referred the parties to another ADR Program phone conference to occur
13 within sixty (60) days and set a further case management conference for February 12, 2016.

14     WHEREAS, on December 16, 2015, the parties attended a further ADR teleconference and
15 discussed the fact that the parties continue to work together to determine whether an informal
16 resolution will be possible.  A further ADR teleconference was scheduled for January 27, 2016.

17     WHEREAS, no trial schedule has been set.

18     WHEREAS, as stated above, the parties continue to explore whether there may be the
19 potential for an informal resolution;

20     WHEREAS, in order to continue in these informal resolution discussions, reduce the costs
21 of litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
22 conferred and agreed to a further thirty (30) day extension of the deadline for Defendant to
23 respond to the complaint.  This is the parties' sixth such stipulation.

24     Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:
25 Defendant shall have up to and including January 27, 2016 to respond to the complaint.

DATED: December 16, 2015                MELLEN LAW FIRM

                                        By:   /s/ Sarah Shapero
                                                   Sarah Shapero

                                        Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **SIXTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**. I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.  */s/ Megan C. Kelly*

DATED: December 16, 2015                SEVERSON & WERSON
                                        A Professional Corporation

                                        By:   /s/ Megan C. Kelly
                                                   Megan C. Kelly

                                        Attorneys for Defendant Nationstar Mortgage LLC

Dated: 12/18/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA