MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE VON BOZZAY,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>Defendant. | Case No. CV-15-3376<br><br>**SEVENTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1** |

Plaintiff GEORGE VON BOZZAY ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the complaint initiating the above-referenced action on July 22, 2015;

WHEREAS, Plaintiff served the complaint on Defendant on July 24, 2015;

WHEREAS, based on the July 24, 2015 service date, Defendant's deadline to respond to the complaint was originally August 14, 2015;

WHEREAS, on or about August 14, 2015, the parties stipulated to extend Defendant's deadline to respond to the complaint to August 28, 2015;

WHEREAS, on August 14, 2015, the Court issued an Order referring the case to the ADR Unit for an assessment telephone conference on September 11, 2015;

WHEREAS, August 25, 2015, the parties stipulated to extend Defendant's deadline to

1 respond to the complaint to September 28, 2015.

2       WHEREAS, on September 11, 2015, the parties attended the ADR teleconference and in
3 light of the parties existing efforts to determine whether there may be the potential for an informal
4 resolution, a further teleconference was scheduled for October 29, 2015.

5       WHEREAS, on or about September 15, 2015 the parties stipulated to extend Defendant's
6 deadline to respond to the complaint to October 28, 2015;

7       WHEREAS, on October 29, 2015, the parties appeared for the further ADR teleconference,
8 however the ADR Program representative did not join.

9       WHEREAS, on or about October 21, 2015, the parties stipulated to extend Defendant's
10 deadline to respond to the complaint to November 27, 2015;

11       WHEREAS, on November 6, 2015, the parties attended a case management conference at
12 which time the Court referred the parties to another ADR Program phone conference to occur
13 within sixty (60) days and set a further case management conference for February 12, 2016.

14       WHEREAS, on December 16, 2015, the parties attended a further ADR teleconference and
15 discussed the fact that the parties continue to work together to determine whether an informal
16 resolution will be possible.  The parties stipulated to extend Defendant's deadline to respond to the
17 complaint to January 27, 2016.

18       WHEREAS, a further ADR teleconference is scheduled for January 27, 2016 and a case
19 management conference is scheduled for February 12, 2016.  The parties are continuing to work
20 together to determine whether an informal resolution will be possible.

21       WHEREAS, no trial schedule has been set.

22       WHEREAS, as stated above, the parties continue to explore whether there may be the
23 potential for an informal resolution;

24       WHEREAS, in order to continue in these informal resolution discussions, reduce the costs
25 of litigation for all parties, and unburden the Court's docket, counsel for the parties' have met and
26 conferred and agreed to a further fourteen (14) day extension of the deadline for Defendant to
27 respond to the complaint.  This is the parties' seventh such stipulation.

28       Based on the foregoing and pursuant to N.D. Local Rule 6-1, it is hereby STIPULATED:

1  Defendant shall have up to and including February 10, 2016 to respond to the complaint.

2  DATED:  January 26, 2015        MELLEN LAW FIRM

By: ___/s/ Sarah Shapero___
Sarah Shapero

Attorneys for Plaintiff George Von Bozzay

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this **SEVENTH STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO N.D. L.R. 6-1**.  I hereby attest that counsel for Plaintiff, Sarah Shapero, has concurred in this filing.  */s/ Megan C. Kelly*

DATED:  January 26, 2015        SEVERSON & WERSON
A Professional Corporation

By: ___/s/ Megan C. Kelly___
Megan C. Kelly

Attorneys for Defendant Nationstar Mortgage LLC

Dated: January 27, 2016

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA